UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEROY JOHN GREEN III,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA, warden,<br><br>    Respondent. | Case No. CV 08-8120 DSF (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED THAT this action is summarily dismissed without prejudice for the reasons stated in the related Order.

DATED: December 17, 2008

                                          DALE S. FISCHER<br>
                                 UNITED STATES DISTRICT JUDGE